08CR50017-02

# WAIVER CONCERNING TIMING OF INITIAL APPEARANCE BEFORE THE UNITED STATES MAGISTRATE JUDGE

1. I, Irineo Gonzales, having been informed by SA Jay Warran that I have been arrested for violations of Title 21, United States Code, 952/963, Sections _____ pertaining to ~~possession to f~~ / Conspiracy to possess / importation of a cont substance

2. I have been informed and understand that I have the right under Rule 5(A) of the Federal Rules of Criminal Procedure to be brought without unnecessary delay before the nearest federal magistrate judge or other judicial officer for the purposes of:

    a. being arraigned on my arrest;
    b. being advised of the charges against me and of my right; and
    c. having bail fixed by the court

    **FILED**
    MAR 28 2008
    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

3. At this time, I waive my right to appear before the nearest available federal magistrate judge or other judicial officer without unnecessary delay for these purposes.

4. I agree that my appearance may be delayed for a period not to exceed 72 hours from the time I sign this waiver.

5. I do so knowingly and voluntarily, understanding that I have been arrested and will remain in the custody until I am arraigned before a United States Magistrate Judge or other judicial officer.

6. I understand that a complaint, information or indictment will be filed against me charging me with a violation of federal criminal law and that I will be prosecuted for that violation.

7. I also understand that the United States Magistrate Judge or other judicial officer before whom I will appear may be located in a district other than the one in which I was arrested and that I may be required to travel in the custody of federal agents to locations other than the district in which I was arrested.

_Irineo Gonzales_
Defendant

Date this 27 day of MAR, 2008
At 0030 (precise time)

Witness: _[signature]_
Witness: _Jay Warran_
Witness: _____