AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS

UNITED STATES OF AMERICA

v.

IRINEO CORDOVA GONZALES

_____
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 08 CR 50017-2

Upon motion of the __United States__, it is ORDERED that a detention hearing is set for __April 2, 2008__* at __10:00 am.__
                                          Date                                    Time

before __HONORABLE P. MICHAEL MAHONEY, MAGISTRATE JUDGE__
              Name of Judicial Officer

__ROCKFORD, IL__
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ ) and produced for the hearing.
                                              Other Custodial Official

Date: __March 28, 2008__                    _____
                                                         Judicial Officer

**FILED**

MAR 28 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.