## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 2 | **DATE** | 4/2/2008 |
| **CASE TITLE** | USA vs. IRINEO GONZALEZ | | |

**DOCKET ENTRY TEXT:**

Preliminary hearing held. Court enters finding of probable cause. Detention hearing held. Enter order of detention pending trial. Status hearing set for April 24, 2008 at 11:00 am.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | GG |
|---|---|---|