## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50017 - 2 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. IRINEO GONZALEZ | | |

**DOCKET ENTRY TEXT:**

Status/arraignment held. Defendant enters plea of not guilty to indictment. Parties to hold 16.1 conference by May 1, 2008. Federal Defender to be depository for discovery. Defendant's oral motion for time to June 3, 2008 to file pretrial motions is granted. USA's oral motion for the time of April 24, 2008 to and including June 3, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for June 3, 2008 at 11:15 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|